# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**COLUMBIA GAS TRANSMISSION
CORPORATION,**

        **Plaintiff,**

   **V.**

                          **CASE NO. C2-08-974**
                          **JUDGE EDMUND A. SARGUS, JR.**
                          **MAGISTRATE JUDGE TERENCE P. KEMP**

**RANDALL HALL, et al.,**

        **Defendants.**

### ORDER

        The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

        **IT IS SO ORDERED.**

\_\_\_\_10-20-2008\_\_\_\_
**DATE**

                                  **EDMUND A. SARGUS, JR.**
                                  **UNITED STATES DISTRICT JUDGE**