IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
-EASTERN DIVISION-

COLUMBIA GAS TRANSMISSION CORPORATION,

    Plaintiff,

v.                                                          Case No. C2:08-974

                                                         Judge Marbely

RANDALL HALL and JUDITH HALL,
    Husband and wife,                      Magistrate Judge Kemp

    Defendants.                             STIPULATED ORDER
                                                       OF DISMISSAL

      Plaintiff Columbia Gas Transmission LLC (formerly known as Columbia Gas Transmission Corporation) AND Defendants Randall Hall and Judith Hall hereby STIPULATE and AGREE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the DISMISSAL, WITH PREJUDICE, of all claims asserted, or which could have been asserted, in this civil action, based upon the amicable resolution of the matters in dispute.

      There being no objection to said joint request and this Court perceiving none, it is hereby **ORDERED** that the claims are, and the entire civil action is, **DISMISSED WITH PREJUDICE** and removed from the docket of the Court. The parties are to bear their own respective costs incurred.

      Entered this _29_ day of December, 2010.

                                                                United States District Judge

STIPULATED and AGREED this __28th__ day of December, 2010.

| Randall Hall and Judith Hall | Columbia Gas Transmission, LLC |
|---|---|
| By Counsel | By Counsel |

/s/ Mark Coco
Mark Coco (OH #0011765)
Harris, McClellan, Binau & Cox PLL
37 West Broad Street, Suite 950
Columbus OH 43215
(614) 464-2572
mcoco@hmbc.com

/s/ Karen Kahle
Karen Kahle (OH #0067464)
Steptoe & Johnson PLLC
PO Box 751
Wheeling WV 26003
(304) 231-0441
Karen.kahle@steptoe-johnson.com

Katerina E. Milenkovski (OH #0063314)
STEPTOE & JOHNSON PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, OH 43215
(614) 458-9792
Kathy.milenkovski@steptoe-johnson.com